IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA L. SCHUERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| IRWIN INDUSTRIAL TOOL, Co., | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | EXTEND THE PLAINTIFF'S BRIEF |
| Defendant. | ) | DEADLINE |
| | ) | |

    IT IS ORDERED that the plaintiff's Unopposed Motion to Extend the Plaintiff's Brief Deadline, filing 34, is granted and on or before July 18, 2008, the plaintiff shall file and serve her brief to defendant's Motion for Summary Judgment.

    Dated June 25, 2008.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge