IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA L. SCHUERMAN, | ) | Case No. 4:07CV3209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON** |
| v. | ) | **JOINT STIPULATION** |
| | ) | **FOR DISMISSAL** |
| IRWIN INDUSTRIAL TOOL CO., | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, grants said dismissal.

IT IS THEREFORE ORDERED, that the Plaintiff's Complaint is dismissed with prejudice, each party to bear its own costs and expenses, complete record waived.

DATED: August 25, 2008

By the Court:

s/ Warren K. Urbom
_____
The Honorable Warren K. Urbom, Senior Judge